683 A.2d 552

IN THE MATTER OF GEORGE J. MANDLE, JR., AN ATTORNEY AT LAW.

October 18, 1996.

## ORDER

The Disciplinary Review Board on June 7, 1996, having filed with the Court its decision concluding that **GEORGE J. MANDLE, JR.,** of **LINDEN,** who was admitted to the bar of this State in 1970, should be reprimanded for misconduct including gross neglect in four matters, combining to form a pattern of neglect, failure to act with reasonable diligence and promptness in representing a client in all four matters, and failure to cooperate with the ethics authorities, all in violation of *RPC* 1.1, *RPC* 1.3 and *RPC* 8.1(b);

And the Disciplinary Review Board further concluding that respondent should practice under the supervision of a practicing attorney for a period of two years;

And good cause appearing;

It is **ORDERED** that **GEORGE J. MANDLE, JR.,** is hereby reprimanded; and it is further

ORDERED that respondent practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics, for a period of two years and until further Order of the Court; it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.